IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT M. BANCROFT,<br><br>Defendant. | 21-po-05018-M-KLD<br>21-po-05033-M-KLD<br><br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced cases are dismissed, and all future court dates are vacated.

Dated this  22nd  day of November, 2021.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge